UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DEBBIE DEJESUS** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DUNCASTER, INC.** | : | |
| Defendant. | : | **MAY 30, 2023** |

## NOTICE OF REMOVAL OF CIVIL ACTION TO
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF CONNECTICUT

Pursuant to 28 U.S.C. § 1441, defendant Duncaster, Inc. ("Defendant"), submits this Notice of Removal, removing the action currently pending in the Superior Court for the State of Connecticut, Judicial District of Hartford at Hartford. In support of this Notice, Defendant provides the following as grounds for removal.

1.   On May 3, 2023, a complaint was filed against Defendant in the Superior Court of the State of Connecticut, Judicial District of Hartford, entitled Debbie Dejesus v. Duncaster, Inc., Case No. HHD-CV23-6168554-S.

2.   A copy of the complaint was first served on Defendant on April 27, 2023. Attached hereto as Exhibit A are copies of all process and pleadings heretofore filed in the state court action and served upon Defendant.

3.   Pursuant to 28 U.S.C. § 1441(b), Defendant has timely filed this Notice of Removal within thirty (30) days of service.

4. This Notice of Removal is based upon U.S.C. § 1441(b), which provides that any civil action of which the district court has original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States, shall be removable to the District Court of the United States.

5. This Court has original jurisdiction, herein, pursuant to 28 U.S. § 1331, as a result of federal question jurisdiction because Plaintiff's Complaint includes a claim predicated on his rights under the Family and Medical Leave Act, 29 U.S.C. §2601 et seq. ("FMLA") (See Compl., Counts III and IV.)

6. Pursuant to 28 U.S.C. § 1367, the District Court also has supplemental jurisdiction over state law claims that "form part of the same case or controversy" with "any civil action over which the district courts have original jurisdiction." 28 U.S.C. § 1367(a). Thus, the District Court has supplemental jurisdiction over Plaintiff's state law claims. (See Compl., Counts I, II, V, and VI.)

7. Defendants file herewith as Exhibit B, a copy of the notice of removal that was filed with the Superior Court of the State of Connecticut, Judicial District of Hartford.

**WHEREFORE,** Defendant respectfully requests that the action now pending against it in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, be removed to this Court pursuant to 28 U.S.C. § 1441 *et seq.*

DEFENDANT,
DUNCASTER, INC.


By: */s/ Peter J. Murphy*
    Peter J. Murphy (ct26825)
    Bradley M. Harper (ct30896)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5316
    pjmurphy@goodwin.com
    bharper@goodwin.com
Its Attorneys.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, a copy of the foregoing Notice of Removal of Civil Action to the United States District Court for the District of Connecticut was mailed, via U.S. mail, postage prepaid, and sent via email to:

Rebecca M. Harris, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
rharris@cicchielloesq.com

/s/ *Peter J. Murphy*
Peter J. Murphy

SG-20189330v1