UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DEBBIE DEJESUS,** | : | 3:23-cv-693 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **DUNCASTER, INC.,** | : | |
| Defendant | : | APRIL 12, 2024 |

## JOINT MOTION FOR SETTLEMENT CONFERENCE AND REQUEST FOR STAY OF DEADLINES

The plaintiff and the defendant respectfully move the Court to refer this case to a Magistrate Judge for purposes of conducting a settlement conference. Defendant has taken Plaintiff's deposition and discovery will close on April 30, 2024. Parties have already exchanged some discovery responses. Pretrial motions, including a motion to request a prefiling conference to discuss a motion for summary judgement, are currently due on April 12, 2024. If the settlement conference is successful, said motion deadline will become moot. Rather than devote their limited resources to preparation of motions that will likely become moot, the parties wish to focus their efforts on settlement. Accordingly, the parties respectfully request that the Court stay the deadline for requesting a prefiling conference pending the outcome of the settlement conference. If a settlement is not reached, the parties ask that the Court reset the deadline for filing a motion to request a prefiling conference to one week from the conclusion of settlement negotiations.

WHEREFORE, the plaintiff and the defendant respectfully request that the Court refer this case to a Magistrate Judge for purposes of conducting a settlement conference and stay the prefiling conference request deadline for one week after the conclusion of the settlement conference.

SG21153584-v1

Respectfully submitted,

| **PLAINTIFF,**<br>**DEBBIE DEJESUS**<br><br>By:  /s/ Rebecca M. Harris<br>Rebecca M. Harris (ct26669)<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Tel: (860) 296-3457<br>Fax: (860) 296-0676<br>rharris@chicchielloesq.com | **DEFENDANT,**<br>**DUNCASTER, INC.**<br><br>By:  /s/ Bradley M. Harper<br>Bradley M. Harper (ct30896)<br>Peter J. Murphy (ct26825)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT  06103-1919<br>Telephone (860) 251-5018<br>Fax: (860) 251-5316<br>bharper@goodwin.com<br>pjmurphy@goodwin.com<br>Its Attorneys |
|---|---|

SG21153584-v1

## CERTIFICATION OF SERVICE

This is to certify that on April 12, 2024, a copy of the foregoing **Joint Motion for Settlement Conference and Request for Stay of Deadlines** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                 /s/ Bradley M. Harper
                                                                   Bradley M. Harper

SG21153584-v1